UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOHN MEGGS, Individually,

    Plaintiff,

vs.

STRATOSPHERE GAMING LLC,
a Nevada Limited Liability Company,

    Defendant.

Case No. 2:19-cv-1415-KJD-EJF

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

**FOR THE PLAINTIFF:**

_____
Lawrence A. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Lfuller@fullerfuller.com
and
Robert P. Spretnak, Esq.(NV Bar No. 5135)
Bob@Spretnak.com
Law Offices of Robert P. Spretnak
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123-2545
Telephone: (702) 454-4900
Facsimile: (702) 938-1055
Dated: October _11_, 2019

**FOR THE DEFENDANT:**

_____
Brian Bradford, Esq.
Fisher & Phillips, LLP
300 S. Fourth Street; Suite 1500
Las Vegas, NV 89101
Bbradford@fisherphillips.com
Telephone: (702) 862-3807

Dated: October _4_, 2019

**SO ORDERED:**

_____
United States District Judge

Dated:_____